UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: SUNEDISON, INC. SECURITIES LITIGATION

16 MD 2742 (PKC) (AJP)

-----------------------------------------------------------x

ORDER

CASTEL, U.S.D.J.

      Counsel moving for admission pro hac vice shall be required to pay only one filing fee of $200. The motion shall be filed in 16-MD-2742. At the time of filing, they may elect a menu option to "spread" the motion to any individual action(s) in which they are counsel.

      If counsel requires additional assistance, they may call the District's ECF Help Desk at (212) 805-0800.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
November 15, 2016