

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 555 CALIFORNIA STREET | BOSTON | HOUSTON | SHANGHAI |
| SUITE 2000 | BRUSSELS | LONDON | SINGAPORE |
| SAN FRANCISCO, CA  94104 | CENTURY CITY | LOS ANGELES | SYDNEY |
| +1 415 772 1200 | CHICAGO | MUNICH | TOKYO |
| +1 415 772 7400 FAX | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | GENEVA | PALO ALTO | |

FOUNDED 1866

November 18, 2016

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: <u>In re: SunEdison, Inc., Securities Litigation (No. 1:16-md-02742-PKC)</u>

Dear Judge Castel:

  Defendants submit the following Attachments which were inadvertently omitted from their November 17, 2016 submission:

- November 2, 2016, adversary complaint filed by the Official Committee of Unsecured Creditors ("UCC") against all plaintiffs in all of the cases pending before this Court in the SunEdison bankruptcy.  *See* Attachment A, hereto.

- November 2, 2016, UCC companion Motion for (I) a Declaration and (II) Enforcement of Automatic Stay Against Litigation Involving Certain Current and Former Directors and Officers of Debtors.  *See* Attachment B hereto.

- November 4, 2016, the UCC Motion for (I) Leave, Standing and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Settlement Authority.  *See* Attachment C hereto.

            Respectfully submitted,

        By: */s/ Dorothy J. Spenner*
           Dorothy J. Spenner
           SIDLEY AUSTIN LLP
           787 Seventh Avenue
           New York, New York 10019

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY AUSTIN LLP**
**SIDLEY**

Hon. P. Kevin Castel
November 18, 2016
Page 2

Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: dspenner@sidley.com

Sara B. Brody
Jaime A. Bartlett
Sarah A. Hemmendinger
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400
sbrody@sidley.com
jbartlett@sidley.com
shemmendinger@sidley.com

Norman J. Blears
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone:   (650) 565-7000
Facsimile:   (650) 565-7100
nblears@sidley.com

Robin Wechkin
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Telephone:   (206) 262-7680
rwechkin@sidley.com

*Attorneys for SunEdison, Inc. Investment Committee, Antonio R. Alvarez, Jeremy Avenier, Ahmad Chatila, Clayton Daley, Jr., Emmanuel Hernandez, Matthew Herzberg, Georganne C. Proctor, Steven Tesoriere, Martin Truong, James B. Williams, Brian Wuebbels, and Randy H. Zwirn*