UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SUNEDISON, INC., SECURITIES LITIGATION

| | |
|---|---|
| Canyon Capital Advisors LLC, et al. v. Terraform Global, Inc.. et al., N.D. California, C.A. No. 5:16-05185 ) | |
| Canyon Capital Advisors LLC, et al. v. Alvarez, et al., N.D. California, C.A. No. 5:16-05187 ) | MDL No. 2742 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-listed actions (*Canyon Capital Advisors*) on October 5, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Canyon Capital Advisors* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief and vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on October 5, 2016, is LIFTED insofar as it relates to these actions. The actions are transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable P. Kevin Castel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY *Shante Jones*
Deputy Clerk