Charles Wm. McIntyre (admitted *pro hac vice*)
Jessica E. Morrison (admitted *pro hac vice*)
**McGuireWoods LLP**
2001 K Street, NW, Suite 400
Washington, DC 20006
(202) 857-1700
Fax: (202) 857-2959
cmcintyre@mcguirewoods.com
jmorrison@mcguirewoods.com

*Counsel for KPMG LLP*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: SUNEDISON, INC., SECURITIES LITIGATION**<br><br>**This Document Applies To:**<br><br>*Horowitz v. SunEdison, Inc.*, **Case No. 1:16-cv-07917-PKC-AJP** | **Case No. 1:16-md-02742-PKC-AJP**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

### DEFENDANT KPMG LLP'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' <u>SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)</u>

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

Omnibus Declaration of Jaime A. Bartlett in Support of the Defendants' Motions to Dismiss and

accompanying exhibits, and all the pleadings and proceedings had herein, Defendant KPMG

LLP ("Defendant") hereby provides notice that it will move the Court before the Honorable

Kevin P. Castel at the United States District Courthouse for the Southern District of New York,

located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by

the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) granting Defendant's Motion to

Dismiss the Second Amended Consolidated Securities Class Action Complaint ("SAC") and

dismissing the SAC with prejudice as to Defendant on the grounds that the SAC fails to state a

claim upon which relief can be granted, and for such other, further, or different relief as the

Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's order of April 13,

2017, *In re SunEdison, Inc. Sec. Litig.*, No. 1:16-md-02742-PKC, ECF No. 186, Plaintiffs'

response is due July 14, 2017, and Defendant's reply is due August 4, 2017.

Dated June 9, 2017                   Respectfully submitted,
Washington, D.C.

                                  */s/ Charles Wm. McIntyre_____*
                                  Charles Wm. McIntyre (admitted *pro hac vice*)
                                  Jessica E. Morrison (admitted *pro hac vice*)

                                  **McGuireWoods LLP**
                                  2001 K Street, NW, Suite 400
                                  Washington, DC 20006
                                  (202) 857-1700
                                  Fax: (202) 857-2959
                                  cmcintyre@mcguirewoods.com
                                  jmorrison@mcguirewoods.com

                                  *Counsel for KPMG LLP*