UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SUNEDISON, INC. ERISA LITIGATION | Civil Action No. 1:16-mc-2744-PKC<br><br>MDL No. 2742 |

**DEFENDANTS' NOTICE OF JOINT
MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED COMPLAINT**

PLEASE TAKE NOTICE that upon: (i) Plaintiffs' Second Amended Consolidated Complaint for Breach of ERISA's Fiduciary Duties ("Complaint") filed August 28, 2017, in the above-captioned action, (ii) the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Second Amended Consolidated Complaint, (iii) the accompanying Declaration of Christopher K. Meyer in Support of the Defendants' Joint Motion to Dismiss the Second Amended Consolidated Complaint, and (iv) all prior papers and proceedings herein, the Defendants will move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order (i) dismissing the Complaint with prejudice in its entirety and (ii) striking the Plaintiffs' demand for a trial by jury, and for such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order entered by this Court on September 11, 2017, Plaintiffs' response, if any, shall be filed by November 2, 2017, and Defendants' reply, if any, shall be filed by November 22, 2017.

Dated: September 18, 2017

SIDLEY AUSTIN LLP

By:   /s/ Mark B. Blocker
Mark B. Blocker (admitted *PHV*)
Christopher K. Meyer (admitted *PHV*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
mblocker@sidley.com

Dorothy J. Spenner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019

        Telephone: (212) 839-5300
        Facsimile: (312) 839-5599

*Attorneys for Defendants Ahmad Chatila, Emmanuel Hernandez, Antonio R. Alvarez, Clayton C. Daley, Jr., Georganne C. Proctor, Steven V. Tesoriere, James B. Williams, Randy H. Zwirn, the SunEdison Retirement Savings Plan Investment Committee, Brian Wuebbels, Phelps Morris, Matthew Herzberg, Matt Martin, and James Welsh*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/ Timothy Perla (w/consent)*
      Michael Bongiorno
      Timothy Perla (admitted *PHV*)
      WILMER CUTLER PICKERING HALE AND DORR LLP
      60 State Street
      Boston, Massachusetts  02109
      Telephone:  (617) 526-6000
      Facsimile:  (617) 526-5000
      timothy.perla@wilmerhale.com

*Attorneys for Defendant Peter Blackmore*

2