**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUNEDISON, INC.<br>SECURITIES LITIGATION<br><br><br>This Document Applies to:<br><br><br>*In re TerraForm Global, Inc. Securities Litigation,*<br>16-cv-07967-PKC, and consolidated cases | No. 1:16-md-02742-PKC<br><br>MDL No. 2742 |

**NOTICE OF UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Pyramid Holdings, Inc. and Plaintiffs Iron

Workers Mid-South Pension Fund and Simon Fraser (collectively, "Plaintiffs"), through

Plaintiffs' counsel, on behalf of themselves and the Settlement Class (as defined herein), will

hereby move this Court on a date and at such time as may be designated by the Honorable P.

Kevin Castel, United States District Judge of the United States District Court for the Southern

District of New York, 500 Pearl Street, New York, New York, 10007-1312 under Federal Rule

of Civil Procedure 23 for the entry of an order, substantially in the form attached to the

Settlement Stipulation[1] as Exhibit A:

(1)     Preliminarily approving the proposed settlement as set forth in the Stipulation of

Settlement dated December 14, 2017 (the "Settlement Stipulation"), filed

concurrently herewith, resolving this Action against all Defendants in exchange

for a payment of $57 million for the benefit of the Settlement Class;

(2)     Preliminarily certifying a class (the "Settlement Class"), for settlement purposes

only, of all persons who purchased or otherwise acquired the securities of

---

[1] Capitalized terms have the same meaning as in the Settlement Stipulation.

Terraform Global, Inc. in or traceable to its July 31, 2015 initial public offering of 45 million shares at $15.00 per share;

(3)     Appointing Garden City Group as Claims Administrator;

(4)     Approving the form and manner of disseminating notice to the Settlement Class;

(5)     Scheduling a hearing to consider final approval of the Settlement, the Plan of Allocation and an award of attorneys' fees and expenses; and

(6)     Setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of Plaintiffs' Counsel's motion for approval of the Settlement and application for attorneys' fees and expenses.

This motion is based on this Unopposed Motion, the Settlement Stipulation and the Exhibits thereto (filed contemporaneously herewith), Plaintiffs' supporting Memorandum of Law (filed contemporaneously herewith), the Court's docket in this Action, and any other information the Court may request.  Defendants do not oppose the relief requested by this motion.  Accordingly, Plaintiffs request that the Court enter the proposed Order of Preliminary Approval of Settlement.


Dated: December 15, 2017                    Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/ Jack G. Fruchter
_____
JACK G. FRUCHTER
MITCHELL M.Z. TWERSKY
LAWRENCE D. LEVIT
CASSANDRA L. PORSCH
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:  (212) 279-5050
Fax: (212) 279-3655
jfruchter@aftlaw.com
mtwersky@aftlaw.com
llevit@aftlaw.com
cporsch@aftlaw.com

– and –

IAN D. BERG (admitted _pro hac vice_)
TAKEO A. KELLAR (admitted _pro hac vice_)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582

_Attorneys for Lead Plaintiff Pyramid Holdings,_
_Inc. and Lead Counsel for the Class_

**ROBBINS ARROYO, LLP**
Brian James Robbins
George C. Aguilar
600 "B" Street
Suite 1900
San Diego, CA 92101
Tel:  (619) 525-3990
Fax: (619) 625-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com

_Attorneys for Plaintiff Iron Workers Mid-South_
_Pension Fund_

**GLANCY PRONGAY & MURRAY LLP**

Ex Kano S. Sams II
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
Fax: (310) 201-9160
esams@glancylaw.com
lglancy@glancylaw.com

*Attorneys for Plaintiff Simon Fraser*