**POMERANTZ LLP**
Jeremy A. Lieberman
Brenda Szydlo
Jennifer Banner Sobers
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com.
Email: jbsobers@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>*Chamblee, et al. v. TerraForm Power, Inc., et al.*, 1:16-cv-08039-PKC | No. 1:16 MD 2742 (PKC) (AJP) |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND (2) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the accompanying Declaration of Jeremy A. Lieberman In Support of Lead Plaintiffs' Motion For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiffs, the exhibits annexed thereto, and any additional papers as may be submitted to the Court before and at the hearing on this motion, Lead Plaintiffs will move this Court, before the Honorable P. Kevin Castel, on January 31, 2018 at 2:00 p.m. in Courtroom 11D of the, States District Court for the Southern District of New York, 500

1

Pearl Street, New York, New York, 10007-1312, or as soon thereafter as the parties can be heard, for an Order granting final approval of the proposed class action settlement.

Dated: December 21, 2017

Respectfully submitted,

**POMERANTZ LLP**

By: /s/Jeremy A. Lieberman
Jeremy A. Lieberman
Brenda Szydlo
Jennifer Banner Sobers
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com.
Email: jbsobers@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the proposed Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (LR 5733)
Phillip Kim (PK 9384)
Sara Fuks (SF 6034)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: sfuks@rosenlegal.com

*Additional Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Jeremy A. Lieberman