UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SUNEDISON, INC. SECURITIES LITIGATION | Case No. 16-MD-2742 (PKC) (AJP) |
| DARCY CHURCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD R. CHATILA and BRIAN WUEBBELS, <br><br> Defendants. | Case No. 1:16-cv-07962-PKC |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class-Action Settlement, dated December 21, 2017, the accompanying Declarations of Jeremy A. Lieberman, Laurence M. Rosen, J. Christopher Wehrle, and Sarah Evans, and the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff Don Harris and Named Plaintiff Kyle Tervort, through their undersigned attorneys, will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 31, 2018 at 2:00 PM in Courtroom 11D for an Order: (1) approving the terms and conditions of the Stipulation and Agreement of Settlement, dated September 8, 2017 (the "Stipulation") as fair, reasonable and adequate for the settlement of all claims asserted by the Settlement Class against Defendants; (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net

Settlement Fund among Settlement Class Members; and (3) entering Judgment dismissing this Action with prejudice.

Dated: December 21, 2017                              Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Murielle J. Steven Walsh
Aatif Iqbal
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com
aiqbal@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Phone: 312-377-1181
Fax: 312-377-1184
Email: pdahlstrom@pomlaw.com

*Lead Counsel for Plaintiffs and the proposed Settlement Class*

**THE ROSEN LAW FIRM**
Laurence Rosen
Jonathan Horne
275 Madison Avenue, 34th Floor
New York, NY 10016
Phone: 212-686-1060
Email: lrosen@rosenlegal.com
jhorne@rosenlegal.com

*Additional Counsel for Plaintiffs and the proposed Settlement Class*