

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>+1 312 853 7000<br>+1 312 853 7036 FAX<br><br>mblocker@sidley.com<br>+1 312 853 6097 | BEIJING          HONG KONG     SAN FRANCISCO<br>BOSTON          HOUSTON         SHANGHAI<br>BRUSSELS       LONDON            SINGAPORE<br>CENTURY CITY  LOS ANGELES   SYDNEY<br>CHICAGO        MUNICH             TOKYO<br>DALLAS            NEW YORK         WASHINGTON, D.C.<br>GENEVA           PALO ALTO<br><br><br>FOUNDED 1866 |

February 22, 2018

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *In re: SunEdison, Inc. Securities Litigation*, No. 1:16-md-2742-PKC –
     *In re: SunEdison, Inc. ERISA Litigation*, No. 1:16-mc-02744-PKC

Dear Judge Castel:

We represent Defendants Ahmad Chatila, Emmanuel Hernandez, Antonio R. Alvarez, Clayton C. Daley, Jr., Georganne C. Proctor, Steven V. Tesoriere, James B. Williams, and Randy H. Zwirn (the "Director Defendants"), and the Investment Committee, Brian Wuebbels, Phelps Morris, Matthew Herzberg, Matt Martin, and James Welsh (the "Investment Committee Defendants") in *In re: SunEdison, Inc., ERISA Litigation*, No. 1:16-mc-02744-PKC.  Defendant Peter Blackmore, represented by WilmerHale, joins in this submission.

Defendants respectfully submit the attached decision, *Usenko v. SunEdison Semiconductor, LLC, et al.*, No. 4:17-2227 (E.D. Mo. Feb. 21, 2018), which is relevant to Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint pending in the above-captioned case.  A true and correct copy of that opinion and order is attached hereto as Exhibit A.

In *Usenko*, plaintiff brought ERISA stock drop claims that are materially identical to the "public information" ERISA stock drop claims Plaintiffs have asserted in this case.  *Usenko* involves the same SunEdison stock and same time period at issue here.  In *Usenko*, the SunEdison stock was an investment option in a retirement plan sponsored by a company that was spun off from SunEdison.  In fact, plaintiff Usenko was originally a plaintiff in this case.

The *Usenko* court granted defendants' motion to dismiss with prejudice and denied plaintiff's request for leave to amend.  It rejected the identical arguments that Plaintiffs have advanced here, namely, that a plaintiff can avoid the impact of *Fifth Third Bancorp v.*



Hon. P. Kevin Castel
February 22, 2018
Page 2

*Dudenhoeffer*, 134 S. Ct. 2459 (2014) by characterizing their claims as based on "excessive risk" or an alleged "failure-to-monitor."

    Respectfully submitted,

    */s/ Mark B. Blocker*
    Mark B. Blocker (admitted *pro hac vice*)
    Sidley Austin LLP
    One South Dearborn
    Chicago, IL 60603
    mblocker@sidley.com
    *Counsel for Director Defendants and Investment Committee Defendants*

    */s/ Timothy J. Perla*
    Timothy J. Perla (admitted *pro hac vice*)
    WilmerHale
    60 State Street
    Boston, MA 02109
    timothy.perla@wilmerhale.com
    *Counsel for Defendant Peter Blackmore*

cc:    All Counsel of Record (via ECF)