UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*Canyon Capital Advisors LLC, et al. v. TerraForm Global, Inc., et al.*, 1:16-cv-09171-PKC;<br><br>*Canyon Capital Advisors LLC, et al. v. Alvarez, et al.*, 1:16-cv-09172-PKC;<br><br>*Kearny Investors S.A.R.L., et al. v. Goldman, Sachs & Co., et al.*, 1:16-cv-09566-PKC; | Case No.: 1:16-md-02742-pkc (S.D.N.Y) |

<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the Unites States District Courts for the Southern and Eastern Districts of New York, I, Jordan A. Goldstein, hereby withdraw as an attorney of record, as I am no longer associated with Quinn Emanuel Urquhart & Sullivan, LLP and should be removed from the Court's service list with respect to the above referenced actions.  Quinn Emanuel Urquhart & Sullivan, LLP continues to serve as counsel for Plaintiffs **Canyon Capital Advisors LLC**, **Canyon Balanced Master Fund, Ltd, Canyon Capital Arbitrage Master Fund, Ltd., Canyon-GRF Master Fund II, L.P., Canyon Value Realization Fund LP, The Canyon Value Realization Master Fund L.P., Kearny Investors S.A.R.L., Powell Investors II Limited Partnership, Powell Investors L.P., and Permal Canyon IO Ltd.,** all future correspondence and papers in this action should continue to be directed to them.  I hereby request that my name and email address be removed from the cases' official dockets.

Dated:  March 5, 2018                                             Respectfully submitted,

     /s/ *Jordan A. Goldstein*

Jordan A. Goldstein
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10022
Telephone:     (212) 390-9000
Email: jgoldstein@selendygay.com

**IT IS SO ORDERED.**

Dated: _____, 2018                           _____
                                                                          JUDGE P. KEVIN CASTEL

## **CERTIFICATE OF SERVICE**

I, Jordan A. Goldstein, hereby certify that on March 5, 2018, I caused the following document to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

### **NOTICE OF WITHDRAWAL OF APPEARANCE**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2018 in New York, New York.

                                                     */s/ Jordan A. Goldstein*