**SIDLEY**

SIDLEY AUSTIN LLP
555 CALIFORNIA STREET
SUITE 2000
SAN FRANCISCO, CA 94104
+1 415 772 1200
+1 415 772 7400 FAX

AMERICA • ASIA PACIFIC • EUROPE

SBRODY@SIDLEY.COM
+1 415 772 1219

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/18

April 6, 2018

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application granted.
SO ORDERED
/s/ P. Kevin Castel, USDJ
4-11-18

Re: In re: SunEdison, Inc., Securities Litigation, No. 1:16-md-02742-PKC –
*Fir Tree Ref III Master Fund, LLC, et al. v. Chatila, et al.*, No. 1:18-cv-01754-PKC

Dear Judge Castel:

We write on behalf of the Defendants in *Fir Tree Ref III Master Fund, LLC, et al. v. Chatila, et al.*, No. 1:18-cv-01754-PKC ("*Fir Tree*"), to request that the pretrial hearing set by the Court for April 25, 2018 be moved to April 17, 2018 at 2:30 P.M. and joined with the hearing set for the remaining SunEdison, Inc. Securities Litigation MDL actions (the "remaining MDL actions").

The *Fir Tree* complaint was filed on February 26, 2018, by a group of funds which purport to have purchased SunEdison common stock and bonds between August 2014 and August 2015. Plaintiffs assert claims against Messrs. Chatila and Wuebbels for alleged violation of Sections 10(b), 18 and 20(a) of the Exchange Act, and for common law fraud under New York law. To support their claims, Plaintiffs generally allege the same facts and circumstances as those alleged in all of remaining MDL actions (in particular the allegations related to the *Horowitz* class action Section 10(b) claims). Plaintiffs identified this case as related to the remaining MDL actions and it was ordered transferred to this Court. Defendants have not yet been served in this matter.

Counsel for the parties have met and conferred and agree that it is appropriate for the pretrial hearing in this action – currently set by the Court for April 25, 2018 – to be move to and joined with the April 17, 2018 pretrial hearing for the remaining MDL actions. Moving the hearing in this case will allow the Court and parties to address the schedules for and coordination of all remaining related actions.

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Hon. P. Kevin Castel
April 6, 2018
Page 2

    For these reasons, Defendants respectfully request that the Court move the April 25, 2018 hearing to be joined with the April 17, 2018 pretrial hearing for the remaining MDL actions.

                      Respectfully submitted,

By:    */s/ Sara B. Brody*
       Sara B. Brody
       SIDLEY AUSTIN LLP
       555 California Street, Suite 2000
       San Francisco, California 94104
       Telephone: (415) 772-1200
       Facsimile: (415) 772-7400
       sbrody@sidley.com

       *Attorneys for Individual Defendants Ahmad Chatila and Brian Wuebbels*

cc: All Counsel of Record (via ECF)

ACTIVE 230007897