USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re Sun Edison Inc.
(Individual Actions)           Plaintiff(s),

- against -

                              Defendant(s).
-----------------------------------------------------------x

16 MD 2742 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Documents are to be collected and readied for production to the plaintiffs in the individual actions provided, however, that the PSLRA shall remain in place pending further Order.

2. All premotion letters by all defendants on motions to dismiss for all individual actions (other than Fir Tree) are due May 4, 2018. Responses due May 14, 2018.

The next Case Management Conference [the Final Pretrial Conference] will be held on _October 26_ at _11_ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
4-17-18