April 17, 2018

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In re: SunEdison Inc., Securities Litigation*, 16-md-02742-PKC
      (Case No. 16-cv-09566-PKC ("*Kearny*"))

Dear Judge Castel:

    We represent the Plaintiffs in *Kearny Investors S.à r.l., et al. v. Goldman Sachs & Co., et al.*, 16-cv-09566-PKC, which is one of the individual securities actions currently pending before Your Honor in the SunEdison ("SUNE") MDL proceeding.

    Pursuant to your Honor's direction at today's pre-trial conference, we write to request permission to file the attached Amended Complaint on the MDL docket, 16-md-2742.

The Honorable P. Kevin Castel
April 17, 2018
Page 2


Respectfully submitted,

*/s/ Andrew J. Rossman*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew J. Rossman

51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiffs for Claims Against All Defendants Except Morgan Stanley & Co., LLC*

*/s/ Frank J. Broccolo*
**LAW OFFICE OF FRANK J. BROCCOLO**
Frank J. Broccolo
7083 Hollywood Boulevard
Los Angeles, CA 90028
Telephone: (310) 694-1795

*Attorneys for Plaintiffs*