UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*Horowitz et al. v. SunEdison, Inc. et al.*,<br>Case No. 1:16-cv-07917-PKC | Civil Action No. 1:16-md-2742-PKC |

## STIPULATION AND [PROPOSED] ORDER TO INCREASE THE MAXIMUM NUMBER OF DEPOSITIONS ALLOWED

WHEREAS, the parties are currently engaged in fact discovery in the above-captioned action (the "Action");

WHEREAS, the parties intend to begin taking depositions of fact witnesses in connection with fact discovery in the "Action";

WHEREAS, Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure allows each party to take a maximum of ten depositions;

WHEREAS, the parties anticipate the need to take additional depositions;

WHEREAS, the parties agree to increase the maximum number of depositions allotted to each side from ten to twenty;

WHEREAS, the parties agree to take depositions of no more than three representatives of any Underwriter Defendant, but reserve all rights to seek additional depositions of representatives of any party as appropriate; and

WHEREAS, the parties have not previously requested to increase the maximum number of depositions allowed to each party under the Federal Rules.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that each side may take a maximum of twenty depositions, and that

plaintiffs shall not take depositions of more than three representatives of any one Underwriter Defendant absent good cause shown.

Dated: August 13, 2018

<div style="display: flex;">

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: _____
Salvatore J. Graziano
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff the Municipal Employees Retirement System of Michigan and Named Plaintiff the Arkansas Teacher Retirement System*

**SIDLEY AUSTIN LLP**

By: /s/ Sara Brody/ with permission ADH
Sara B. Brody
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Counsel for Defendants Ahmad Chatila, Brian Wuebbels, Emmanuel Hernandez, Antonio R. Alvarez, Clayton C. Daley, Jr., Georganne C. Proctor, Steven V. Tesoriere, James B. Williams, and Randy H. Zwirn*

**WILMERHALE LLP**

By: /s/ Michael Bongiorno/ with permission ADH
Michael Bongiorno
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7220
Facsimile: (212) 937-7300

*Counsel for Defendant Peter Blackmore*

**SHEARMAN & STERLING LLP**

By: /s/ Adam Hakki/ with permission ADH
Adam S. Hakki
Daniel C. Lewis
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-4000

*Counsel for the Underwriter Defendants*

</div>

**SO ORDERED:**

_____
**Hon. P. Kevin Castel**
**United States District Judge**

Dated: August ___, 2018

2