UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SUNEDISON, INC. SECURITIES LITIGATION | Civil Action No. 16-md-02742-PKC<br>MDL No. 2742 |
| This Document Relates To:<br>*In re TerraForm Global, Inc. Securities Litig.*, 16-cv-07967-PKC, and consolidated cases. | |

**DEFENDANT TERRAFORM GLOBAL INC.'S MOTION
CONCERNING THE SETTLEMENT TERMINATION OPTION**

For the reasons set forth in the accompanying Memorandum of Law, Defendant Terraform Global, Inc. ("Global") respectfully requests that the Court enter an order that Global may, at its option, invoke the Supplemental Termination Option set forth in the parties' Stipulation of Settlement.

Dates: August 22, 2018

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Timothy J. Perla (4275178)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

Michael G. Bongiorno (4347316)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street

New York, New York 10007
Tel: (212) 937-7518
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorneys for Defendant TerraForm Global, Inc.*