**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEUTSCHE BANK SECURITIES, INC.,
                           Appellant,

    -against-

SESL RECOVERY, LLC,
                           Appellee.
-------------------------------------------------------------X

16-md-2742 (PKC)
19-cv-5630 (PKC)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 12, 2020, Federal Jurisdiction over this case was terminated when the Clerk of the Bankruptcy Court mailed a certified copy of the Remand Order on June 11, 2019; Deutsche Bank's appeal is therefore dismissed and, Deutsche Bank Securities Inc. v. SESL Recovery, LLC, 19-cv-5630 (PKC) is closed.

**Dated:** New York, New York
          February 13, 2020

**RUBY J. KRAJICK**
Clerk of Court

BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/13/2020