UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: SUNEDISON, INC. SECURITIES LITIGATION

ORDER

16-md-2742 (PKC)
16-cv-7428 (PKC)
16-cv-7950 (PKC)
16-cv-7981 (PKC)
16-cv-8163 (PKC)
16-cv-8165 (PKC)
16-cv-8166 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

In accordance with the letters of May 4, 2020 (Docket # 713) and May 6, 2020 (Docket # 714), the following cases are dismissed with prejudice:

16 Civ. 7428, Omega Capital Partners, L.P. v. SunEdison, Inc.

16 Civ. 7950, Usenko v. SunEdison Inc.

16 Civ. 7981, Pyramid Holdings, Inc. v. Terraform Global, Inc.

16 Civ. 8163, Dull v. SunEdison, Inc. Investment Committee

16 Civ. 8165, Linton v. SunEdison, Inc.

16 Civ. 8166, Wheeler v. SunEdison, Inc.

Any pending motions in the six above-listed actions are terminated, and the Clerk is directed to close the cases.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 7, 2020