UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: SUNEDISON, INC.  
SECURITIES LITIGATION

ORDER

16-md-2742 (PKC)

-----------------------------------------------------------x
CANYON CAPITAL ADVISORS LLC, et al.,
        Plaintiffs,
      vs.
ANTONIO R. ALVAREZ, et al.,
        Defendants.

16-cv-9171 (PKC)

-----------------------------------------------------------x
CANYON CAPITAL ADVISORS LLC, et al.,
        Plaintiffs,
      vs.
ANTONIO R. ALVAREZ, et al.,
        Defendants.

16-cv-9172 (PKC)

-----------------------------------------------------------x
KEARNY INVESTORS S.A.R.L., et al.,
        Plaintiffs,
      vs.
GOLDMAN SACHS & CO., et al.,
        Defendants.

16-cv-9566 (PKC)

-----------------------------------------------------------x

CASTEL, District Judge:

       Leave to file Third Amended Complaint ("TAC") within 7 days in the form tendered to the Court is granted. Defendants are free to serve a new Notice of Motion directed to the TAC, relying on the briefing heretofore filed. Plaintiff may rely on their existing briefing as their response.

       SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       August 13, 2020