Adam S. Hakki
Daniel Lewis
Adam J. Goldstein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 646-848-7179

*Attorneys for Underwriter Defendants*

Sara B. Brody
Norman J. Blears
Jaime A. Bartlett
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Individual Defendants*

Michael Bongiorno
Timothy Perla
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Individual Defendant
Peter Blackmore*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SUNEDISON, INC. SECURITIES LITIGATION | Civil Action No. 1:16-md-02742-PKC<br><br>MDL No. 2742 |
| This Document Relates To:<br><br>*Kearny Investors S.A.R.L., et al. v. Goldman, Sachs & Co., et al.*, No. 1:16-cv-09566-PKC; *Canyon Capital Advisors LLC, et al. v. TerraForm Global, Inc., et al.*, No. 1:16-cv-09171-PKC (*Canyon I*); and *Canyon Capital Advisors LLC, et al. v. Alvarez, et al.*, No. 1:16-cv-09172-PKC (*Canyon II*) | |

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS
PLAINTIFFS' CLAIMS UNDER SECTIONS 11, 12(a)(2), AND 15 OF THE
<u>SECURITIES ACT OF 1933 AND CALIFORNIA CORPORATE SECURITIES LAW</u>**

PLEASE TAKE NOTICE that, pursuant to the Order entered by this Court on August 13, 2020, and upon: (i) Plaintiffs' Third Amended Complaints, filed on August 13, 2020, in the above-captioned actions; (ii) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Claims Under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and California Corporate Securities Law, filed on December 18, 2019; (iii) the Declaration of Daniel C. Lewis, dated December 18, 2019, and the exhibits attached thereto; (iv) the Reply in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Claims Under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and California Corporate Securities Law, filed on February 14, 2020; (v) the Supplemental Declaration of Daniel C. Lewis, dated February 14, 2020, and the exhibits attached thereto; and (vi) all prior papers and proceedings herein, Defendants will move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure before the Honorable P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing all claims asserted against them in Plaintiffs' Third Amended Complaints, ECF Nos. 728-1 and 728-2, other than those claims previously sustained in the Court's March 6, 2018 decision in *Horowitz, et al. v. SunEdison, Inc., et al.* ("*Horowitz*"), Case No. 1:16-cv-07917-PKC, ECF No. 167, granting in part and denying in part Defendants' motion to dismiss the Class Plaintiffs' Securities Act claims (the "March 2018 Order").

PLEASE TAKE FURTHER NOTICE that Plaintiffs have authorized Defendants to represent herein that Plaintiffs intend to rely on their previously submitted Memorandum of Law in Opposition to Defendants' Motion to Dismiss, filed on January 30, 2020, and the accompanying Declaration of Jesse Bernstein, dated January 30, 2020, and the exhibits attached thereto.

Dated: New York, New York
August 26, 2020

        SHEARMAN & STERLING LLP

By:  <u>/s/  Adam S. Hakki</u>
     Adam S. Hakki
     Daniel Lewis
     Adam J. Goldstein
     SHEARMAN & STERLING LLP
     599 Lexington Avenue
     New York, New York 10022-6069
     Telephone:  (212) 848-4000
     Facsimile:  (212) 848-7179

*Attorneys for Underwriter Defendants Deutsche Bank Securities Inc., Goldman, Sachs & Co. LLC (f/k/a Goldman, Sachs & Co.), J.P. Morgan Securities LLC, Macquarie Capital (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), and Morgan Stanley & Co. LLC*


By:  <u>/s/  Sara B. Brody</u>
     Sara B. Brody
     Norman J. Blears
     Jaime A. Bartlett
     SIDLEY AUSTIN LLP
     555 California Street, Suite 2000
     San Francisco, California  94104
     Telephone:  (415) 772-1200
     Facsimile:  (415) 772-7400

*Attorneys for Individual Defendants Antonio R. Alvarez, Ahmad Chatila, Clayton Daley, Jr., Emmanuel Hernandez, Georganne C. Proctor, Steven Tesoriere, Martin Truong, James B. Williams, Brian Wuebbels, and Randy H. Zwirn*


By:   */s/ Michael Bongiorno*
Michael Bongiorno
Timothy Perla
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Individual Defendant Peter Blackmore*