UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARLOS DOMENECH ZORNOZA,

                Plaintiff,                      16-md-2742 (PKC)
                                                          18-cv-11617 (PKC)

                -against-
                                      ORDER

TERRAFORM GLOBAL, INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the letter motion of defendants (Doc 89, 90) and the plaintiff's response (Doc 90, 91). On the unique facts of this case, defendants have demonstrated a satisfactory reason to defer the Yieldcos Rule 30(b)(6) depositions until the scheduled depositions of defendants so-called prescient witnesses.

        Letter motion (Doc 89) is GRANTED.

        SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           July 9, 2021