UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SESL RECOVERY, LLC,

                    Plaintiff,                                 16-md-2742 (PKC)
                                                               19-cv-3286(PKC)

              -against-                                   <u>ORDER</u>

DEUTSCHE BANK SECURITIES INC.,

                    Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       All proceedings in this Court having been completed, the Clerk is directed to administratively close 19-cv-3286(PKC).

       SO ORDERED.

                                                              P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
         September 30, 2022