UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARLOS DOMENECH ZORNOZA,

                Plaintiff,                                      MDL No. 2742
                                                                          16-md-2742 (PKC)
                                                                          18-cv-11617 (PKC)

          -against-

                                                                             SUGGESTION OF REMAND

TERRAFORM GLOBAL, INC., TERRAFORM
POWER, INC., AHMAD CHATILA and BRIAN
WUEBBELS,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       This action was commenced in the District of Maryland.  Zornoza v. Terraform Global, Inc., et al., 8:18 Civ. 2523 (PX) (D. Md.).  In an Order filed on December 6, 2018, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Certified Transfer Order that transferred this action to the undersigned for coordinated or consolidated pretrial proceedings as part of In re: SunEdison, Inc., Securities Litigation, MDL No. 2742.

       Plaintiff requests that the Court file a suggestion of remand to the Panel and reports that defendants do not object to the request.  (ECF 189.)  "Typically, the transferee judge recommends remand of an action, or a part of it, to the transferor court at any time by filing a suggestion of remand with the Panel."  JPML Rule 10.1(b).

       Discovery in the case is closed.  On April 7, 2023, the Court issued an Opinion and Order that granted in part and denied in part defendants' motions for summary judgment and denied plaintiff's summary judgment motion in its entirety.  (ECF 187.)  No motions for reconsideration have been filed and there are no other pending motions.  All other actions

transferred as part of the In re:SunEdison MDL have concluded, so there is no ongoing pretrial coordination or consolidation. The next steps in this case likely include the parties' submissions of requests to charge, in limine motions, proposed voir dire and a proposed joint pretrial order.

Accordingly, the Court respectfully suggests that the Panel remand this action to the transferor court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 2, 2023