October 9, 2024

<u>**By ECF Filing**</u>

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

Re:  *In re SunEdison, Inc. Securities Litigation*, No. 1:16-md-2742-PKC  (S.D.N.Y.); *In re Terraform Global, Inc. Sec. Litig.*, No. 16-cv-07967-PKC (S.D.N.Y.) (the "Class Action")

Dear Judge Castel:

We are Lead Counsel for Plaintiffs in the above-referenced Class Action and submit this letter-motion, pursuant to Local Civil Rule 7.1(d), to inform the Court that a second distribution of the Net Settlement Fund, created by the Settlement of the Class Action, is ready to proceed and to request the reopening of the Class Action for the limited purpose of the Court's consideration and approval of the Claims Administrator's request for the payment of its fees and expenses in connection with that second distribution.[1]

On September 27, 2021, Your Honor issued an Order Authorizing Distribution of the Net Settlement Fund (the "Distribution Order"), providing for distribution of the Net Settlement Fund to those Class Members who submitted valid Proofs of Claim and were found to be Authorized Claimants, who would receive at least $20.00 in the distribution, as determined by the Court-appointed Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq").[2] ECF No. 751. That Order further provided that the Court would retain jurisdiction over any further application or matter that may arise in connection with this Action. ECF No. 751 at 6. The Distribution Order was subsequently revised on May 24, 2022 (the "Revised Distribution Order"; ECF No. 755) and, as revised, directed by the Court to proceed. Epiq conducted a disbursement of the Net Settlement Fund to Authorized Claimants (the "Initial Distribution") on June 21, 2022. Pursuant to the Revised Distribution Order, a total of 2,851 claims were distributed via check or wire totaling $35,687,071.15. *See* Declaration of Jordan Broker in Support of a Second Distribution of the Net Settlement Fund ("Broker Decl."), ¶ 3, a copy of which is attached hereto as Exhibit A.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings as set forth in the Stipulation and Agreement of Settlement (the "Stipulation") filed with the Court (ECF No. 265), as modified by the Settlement Modification Agreement dated September 19, 2019 (ECF No. 659-1), or as set forth in the Settlement Modification Agreement, or in the Notice of Pendency and Proposed Settlement of Class Action (ECF No. 315-1, Exhibit A). References to "ECF No." are to the docket for *In re: SunEdison, Inc. Sec. Litig.*, No. 1:16-md-02742 (PKC) (S.D.N.Y.).

[2] Pursuant to the Court's December 19, 2017 Order Granting Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 269), Garden City Group, LLC ("GCG") was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action. GCG was acquired by Epiq on June 15, 2018 and has continued operations as part of Epiq.

NEW YORK   tel: 212.279.5050   fax: 212.279.3655        CALIFORNIA   tel: 310.279.5125   fax: 212.279.3655
450 Seventh Avenue, 38th Floor, New York, NY 10123        9440 Santa Monica Blvd., Suite 301, Beverly Hills, CA 90210


aftlaw.com

Hon. P. Kevin Castel
October 9, 2024
Page 2 of 2

As Epiq states, after the Initial Distribution, Epiq monitored the status of all checks issued, and to ensure that the maximum number of checks were cashed, Epiq implemented a campaign by email and telephone to follow-up with the Authorized Claimants whose checks were initially uncashed, either because they were returned to Epiq as undeliverable or because the Authorized Claimant simply had not cashed the check. *See* Broker Decl., ¶ 4. If the Authorized Claimant did not provide a telephone number, Epiq states that it used various local and national directories to locate telephone numbers. Epiq also stated it performed a National Change of Address search for Authorized Claimants whose checks were returned to Epiq by the United States Postal Service as undeliverable. *Id.* In connection with Epiq's campaign, Epiq urged Authorized Claimants to cash their checks and offered Authorized Claimants the opportunity to have their checks reissued if they lost or damaged their check or otherwise required a new check. Epiq reissued a check upon written instructions from an Authorized Claimant. *Id.*

Epiq states that after performing its comprehensive outreach program and reissuing checks to Authorized Claimants for whom outreach was successful, as of September 17, 2024, payments totaling $35,532,271.04, or approximately 99% of the amount distributed in the Initial Distribution, have been cashed by or successfully wired to Authorized Claimants. As of September 17, 2024, $251,478.85 remains in the Net Settlement Fund from uncashed or returned awards from closed accounts and the amount held in reserve. *Id.* at ¶¶ 5-6.

In addition, Epiq represents that it has unpaid fees and expenses for its work through August 31, 2024 and its estimate of fees and expenses to complete a second distribution of the Net Settlement Fund, which total $80,915.98. Accordingly, in connection with the second distribution, Epiq respectfully requests that the Court approves payment in total of $80,915.98 from the Net Settlement Fund that Epiq has incurred or expects to incur through the second distribution of the Net Settlement Fund. Broker Decl., ¶ 9. A copy of Epiq's unpaid invoices and its estimate of its fees and expenses for the second distribution are attached to the Broker Decl. as Exhibit A.

If the Court approves the payment to Epiq of $80,915.98 and orders the second distribution of the Net Settlement Fund to proceed, Lead Counsel will so inform Epiq and direct it to carry out the Court's instructions.

Plaintiffs are available at the Court's convenience to address any of these issues.

Respectfully submitted,

Lawrence D. Levit

cc:  All counsel of Record (by ECF)

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUNEDISON, INC.<br>SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>*In re TerraForm Global, Inc. Securities Litigation*,<br>No. 1:16-cv-07967-PKC, and consolidated cases | No. 1:16-md-02742 (PKC) |

### DECLARATION OF JORDAN BROKER IN
### SUPPORT OF A SECOND DISTRIBUTION
### OF THE NET SETTLEMENT FUND

I, Jordan Broker, declare and state as follows:

1.      I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to the Court's December 19, 2017 Order Granting Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 269[1]), Garden City Group, LLC ("GCG") was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[2]  GCG was acquired by Epiq on June 15, 2018 and has continued operations as

---

[1] "ECF No." references are to the docket for *In re SunEdison, Inc. Sec. Litig.*, No. 1:16-md-02742 (PKC) (S.D.N.Y.), unless stated otherwise.

[2] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement dated December 14, 2017 (the "Stipulation") (ECF No. 265), as modified by the Settlement Modification Agreement dated September 19, 2019 (ECF No. 659-1), or as set forth in the Settlement Modification Agreement or in the Notice (defined below) (ECF No. 315-1, Exhibit A).

part of Epiq.[3]  I submit this Declaration in support of Lead Plaintiff's Motion for an Order Authorizing a Second Distribution of the Net Settlement Fund.

3.       Pursuant to the Order Authorizing Distribution of the Net Settlement Fund dated September 27, 2021 (the "Distribution Order"; ECF No. 751), as revised on May 24, 2022 (the "Revised Distribution Order"; ECF No. 755), Epiq conducted a disbursement of the Net Settlement Fund to Authorized Claimants (the "Initial Distribution") on June 21, 2022. Pursuant to the Revised Distribution Order, a total of 2,851 claims were distributed via check or wire totaling $35,687,071.15.

4.       After the Initial Distribution, Epiq monitored the status of all checks issued. As is Epiq's standard practice, to ensure that the maximum number of checks is cashed, Epiq implemented a campaign by email and telephone to follow-up with the Authorized Claimants whose checks were initially uncashed, either because they were returned to Epiq as undeliverable or because the Authorized Claimant simply had not cashed the check. If the Authorized Claimant did not provide a telephone number, Epiq used various local and national directories to locate telephone numbers. Epiq also performed a National Change of Address search for Authorized Claimants whose checks were returned to Epiq by the United States Postal Service as undeliverable. In connection with Epiq's campaign, Epiq urged Authorized Claimants to cash their checks and offered Authorized Claimants the opportunity to have their checks reissued if they lost or damaged their check or otherwise required a new check. Epiq reissued a check upon written instructions from an Authorized Claimant. As a result, Epiq was able to reissue 311 uncashed or undeliverable checks to Authorized Claimants.

5.       As a result of Epiq's follow-up efforts, as of September 17, 2024, payments totaling $35,532,271.04, or approximately 99% of the amount distributed in the Initial Distribution, have been cashed by or successfully wired to Authorized Claimants. As of September 17, 2024, $251,478.85 remains in the Net Settlement Fund from 345 unclaimed checks and returned awards from closed accounts.[4]

---

[3] GCG is referred to herein as Epiq.

[4] The remaining balance in the Net Settlement Fund combined with the total amount of the cashed checks and successful wires from the Initial Distribution is greater than the amount disbursed

## SECOND DISTRIBUTION

6.      As set forth above, pursuant to the Revised Distribution Order, the Net Settlement Fund was distributed to all Authorized Claimants in the Initial Distribution. All uncashed Initial Distribution checks (or reissued checks) are now stale-dated and have been voided. The funds remaining from those stale-dated checks as well as returned funds from closed accounts, where no successor account was found, and the amount held in reserve, comprise the funds presently in the Net Settlement Fund and are available for re-distribution.

7.      The available balance in the Net Settlement Fund, less payment of the approximate administration fees for conducting a second distribution, totals $251,478.85. Epiq, in consultation with Lead Plaintiff, recommends that the available balance in the Net Settlement Fund, less Court-approved administration fees, be distributed on a *pro rata* basis to all Authorized Claimants who cashed their Initial Distribution checks (or reissued checks) and will receive at least $20.00 in a second distribution (the "Second Distribution").

8.      In order to encourage Authorized Claimants to cash their Second Distribution checks promptly, and to avoid or reduce future expenses relating to unpaid Second Distribution checks, Epiq recommends that all Second Distribution checks bear the notion "CASH PROMPTLY, VOID IF NOT CASHED WITHIN 120 DAYS."

---

because, pursuant to the Distribution Order (at ¶ 3(c)), Epiq was directed to maintain a reserve amount in the fund "for any tax liability and claims administration-related contingencies that may arise."

## FEES AND DISBURSEMENTS

9.      Epiq agreed to be the Claims Administrator in exchange for payment of its fees and expenses. Attached hereto as Exhibit A is the estimate of fees and expenses to complete a Second Distribution. Epiq's unpaid fees and expenses for its work through August 31, 2024, and its estimate to complete the Second Distribution are $80,915.98.[5] Accordingly, Epiq respectfully requests that the Court approve of the payment to Epiq of the amount of $80,915.98 in connection with approval of the Second Distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of September in Seattle, Washington.

_____

Jordan Broker

---

[5] To date, Epiq has received payment of its fees and expenses in the amount of $412,989.64. Epiq invoice 28831 was partially paid $2,573.16 of the $8,730.25 invoice total.

Exhibit A

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/31/2021 | 28831 |
| **PERIOD START** | **THROUGH DATE** |
| 4/1/2021 | 4/30/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:    In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **<u>Fees</u>** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 9 | $0.45 | $4.05 |
| Prep Mail | 0.9 Hrs. | | $49.50 |
| Scan Mail (per img.) | 49 | $0.12 | $5.88 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,336 | $0.002 | $82.67 |
| **Contact Services** | | | |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 17.8 Hrs. | | $1,613.50 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Prepare and file Tax Returns | 1 | $2,500.00 | $2,500.00 |
| Banking Services | 2.7 Hrs. | | $295.00 |
| **Project Management** | 18.6 Hrs. | | $2,049.50 |
| **Systems Support** | 11.7 Hrs. | | $1,172.00 |
| **Quality Assurance** | 4.2 Hrs. | | $630.00 |
| **Total Fees** | | | **$8,729.35** |
| Sales Tax | | | $0.90 |
| **Grand Total** | | | **$8,730.25** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 7/31/2021 | 29018 |
| **PERIOD START** | **THROUGH DATE** |
| 6/1/2021 | 6/30/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:    In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 3 | $0.45 | $1.35 |
| Prep Mail | 0.2 Hrs. | | $11.00 |
| Scan Mail (per img.) | 12 | $0.12 | $1.44 |
| Process undeliverables | 2 | $0.25 | $0.50 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,412 | $0.002 | $82.82 |
| **Contact Services** | | | |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 2.6 Hrs. | | $221.00 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.7 Hrs. | | $70.00 |
| **Project Management** | 31.9 Hrs. | | $3,143.50 |
| **Systems Support** | 0.2 Hrs. | | $22.00 |
| **Total Fees** | | | **$3,880.61** |
| Sales Tax | | | $0.29 |
| **Grand Total** | | | **$3,880.91** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/17/2021 | 29060 |
| **PERIOD START** | **THROUGH DATE** |
| 7/1/2021 | 7/31/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

---

**Project Name:**    **In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 2 | $0.45 | $0.90 |
| Prep Mail | 0.2 Hrs. | | $11.00 |
| Scan Mail (per img.) | 1 | $0.12 | $0.12 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,413 | $0.002 | $82.83 |
| **Contact Services** | | | |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 1.2 Hrs. | | $102.00 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.6 Hrs. | | $60.00 |
| **Project Management** | 25 Hrs. | | $2,125.00 |
| **Total Fees** | | | **$2,709.10** |
| Sales Tax | | | $0.11 |
| **Grand Total** | | | **$2,709.21** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 9/28/2021 | 29181 |
| PERIOD START | THROUGH DATE |
| 8/1/2021 | 8/31/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:     In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 5 | $0.45 | $2.25 |
| Prep Mail | 0.6 Hrs. | | $33.00 |
| Scan Mail (per img.) | 11 | $0.12 | $1.32 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,424 | $0.002 | $82.85 |
| **Contact Services** | | | |
| IVR (per minute) | 4.9 | $0.39 | $1.91 |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 10 Hrs. | | $850.00 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.5 Hrs. | | $50.00 |
| **Project Management** | 38.1 Hrs. | | $3,822.50 |
| **Systems Support** | 0.3 Hrs. | | $33.00 |
| **Total Fees** | | | **$5,204.08** |
| Sales Tax | | | $0.34 |
| **Grand Total** | | | **$5,204.42** |

## INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/21/2021 | 29256 |
| **PERIOD START** | **THROUGH DATE** |
| 9/1/2021 | 9/30/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:    In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,424 | $0.002 | $82.85 |
| **Contact Services** | | | |
| IVR (per minute) | 2.8 | $0.39 | $1.09 |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 12.9 Hrs. | | $1,096.50 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.4 Hrs. | | $38.50 |
| **Project Management** | 32.7 Hrs. | | $3,313.50 |
| **Systems Support** | 0.5 Hrs. | | $55.00 |
| **Total Fees** | | | **$4,914.44** |
| **Grand Total** | | | **$4,914.44** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/22/2021 | 29335 |
| PERIOD START | THROUGH DATE |
| 10/1/2021 | 10/31/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:    In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 2 | $0.45 | $0.90 |
| Prep Mail | 0.3 Hrs. | | $16.50 |
| Scan Mail (per img.) | 16 | $0.12 | $1.92 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,443 | $0.002 | $82.89 |
| **Claim Validation** | | | |
| Process Claims (5,001 +) | 3 | $2.85 | $8.55 |
| **Contact Services** | | | |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 2.5 Hrs. | | $205.50 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.2 Hrs. | | $25.00 |
| **Project Management** | 10.1 Hrs. | | $1,114.50 |
| **Systems Support** | 0.5 Hrs. | | $50.00 |
| **Total Fees** | | | **$1,832.76** |
| Sales Tax | | | $1.01 |
| **Grand Total** | | | **$1,833.77** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/27/2021 | 29428 |
| **PERIOD START** | **THROUGH DATE** |
| 11/1/2021 | 11/30/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

**Project Name:** **In re TerraForm Global, Inc. Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 2 | $0.45 | $0.90 |
| Prep Mail | 0.2 Hrs. | | $11.00 |
| Scan Mail (per img.) | 9 | $0.12 | $1.08 |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,452 | $0.002 | $82.90 |
| | | | |
| **Contact Services** | | | |
| IVR (per minute) | 2.8 | $0.39 | $1.09 |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 2.8 Hrs. | | $238.00 |
| | | | |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.3 Hrs. | | $30.00 |
| **Project Management** | 7 Hrs. | | $803.00 |
| **Systems Support** | 8 Hrs. | | $1,600.00 |
| **Total Fees** | | | **$3,094.98** |
| Sales Tax | | | $0.18 |
| **Grand Total** | | | **$3,095.15** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 1/17/2022 | 29457 |
| **PERIOD START** | **THROUGH DATE** |
| 12/1/2021 | 12/31/2021 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

| Project Name: | In re TerraForm Global, Inc. Securities Litigation | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | | |
| **Imaging, Document Management & Storage** | | | | |
| Document Storage - Paper (per box/per month) | | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | | 41,452 | $0.002 | $82.90 |
| **Contact Services** | | | | |
| Monthly maintenance charge | | 1 | $100.00 | $100.00 |
| Handling of class member communications | | 0.5 Hrs. | | $42.50 |
| **Website Services** | | | | |
| Monthly maintenance charge | | 1 | $200.00 | $200.00 |
| **Project Management** | | 1.9 Hrs. | | $161.50 |
| **Quality Assurance** | | 6 Hrs. | | $1,080.00 |
| **Total Fees** | | | | **$1,693.90** |
| **Grand Total** | | | | **$1,693.90** |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/28/2022 | 29593 |
| **PERIOD START** | **THROUGH DATE** |
| 1/1/2022 | 1/31/2022 |

Lawrence D. Levit, Esq.
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

| **Project Name:** In re TerraForm Global, Inc. Securities Litigation | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| <u>**Fees**</u> | | | |
| **Imaging, Document Management & Storage** | | | |
| Document Storage - Paper (per box/per month) | 18 | $1.50 | $27.00 |
| Document Storage - Electronic (per img./record per month) | 41,452 | $0.002 | $82.90 |
| **Contact Services** | | | |
| IVR (per minute) | 49.7 | $0.39 | $19.38 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 12 | $0.95 | $11.40 |
| Monthly maintenance charge | 1 | $100.00 | $100.00 |
| Handling of class member communications | 1.2 Hrs. | | $102.00 |
| **Website Services** | | | |
| Monthly maintenance charge | 1 | $200.00 | $200.00 |
| **Distribution Services** | | | |
| Banking Services | 0.4 Hrs. | | $38.50 |
| **Project Management** | 4 Hrs. | | $500.00 |
| **Total Fees** | | | **$1,081.18** |
| **Grand Total** | | | **$1,081.18** |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:   043000096
ACH Routing:    031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

| Information | | | |
|---|---|---|---|
| Invoice No. | 90769704 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Date: 07/01/2023 - 07/31/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 520 | Sort Mail | 1 | EA | 0.4500 | 0.45 |
| 580 | Scan Mail (per img.) | 3 | EA | 0.1200 | 0.36 |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1540 | Claims Analyst Support | 0.200 | H | 80.0000 | 16.00 |
| 1600 | Disbursement Support | 1.300 | H | 100.0000 | 130.00 |
| 1610 | Project Coordinator Support | 0.900 | H | 125.0000 | 112.50 |
| 1670 | Project Manager Support | 2.700 | H | 150.0000 | 405.00 |





# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90769704 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Date: 07/01/2023 - 07/31/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 1,074.97 |
| | **Sales Tax** | | | | 9.89 |
| | **Total Amount Due** | | | | 1,084.86 |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:      PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:    031207607
Acct No:      8026542445
SWIFT:      PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

| **Information** | |
|---|---|
| Invoice No. | 90779090      Invoice Date    09/10/2023 |
| Purchase Order No. | |
| Customer No. | 3000890 |
| Currency | USD |
| Contract No. | 40056724 |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | TFG |

**Comments**
Billing Date: 08/01/2023 - 08/31/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.100 | H | 100.0000 | 10.00 |
| 1600 | Disbursement Support | 1.100 | H | 100.0000 | 110.00 |
| 1610 | Project Coordinator Support | 0.700 | H | 125.0000 | 87.50 |
| 1670 | Project Manager Support | 1 | H | 150.0000 | 150.00 |
| 1680 | Claimant Research Fees | 52.500 | DLR | 1.0000 | 52.50 |
| | **Net Amount** | | | | 820.66 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90779090 | Invoice Date | 09/10/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

| Comments |
|---|
| Billing Date: 08/01/2023 - 08/31/2023 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 9.82 |
| | **Total Amount Due** | | | | 830.48 |

---------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

| Information | | |
|---|---|---|
| Invoice No. | 90787686 | Invoice Date    09/30/2023 |
| Purchase Order No. | | |
| Customer No. | 3000890 | |
| Currency | USD | |
| Contract No. | 40056724 | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | TFG | |

**Comments**

Billing Date: 09/01/2023 - 09/30/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.600 | H | 100.0000 | 60.00 |
| 1610 | Project Coordinator Support | 1.500 | H | 125.0000 | 187.50 |
| 1670 | Project Manager Support | 3.700 | H | 150.0000 | 555.00 |
| | **Project Expenses** | | | | |
| 1970 | Broker fees | 52.500 | DLR | 1.0000 | 52.50 |
| | **Net Amount** | | | | 1,265.66 |




# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90787686 | Invoice Date | 09/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Comments |
|---|
| Billing Date: 09/01/2023 - 09/30/2023 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 9.82 |
| | **Total Amount Due** | | | | 1,275.48 |

--------------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

| | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90795217 | Invoice Date | 10/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Date: 10/01/2023 - 10/31/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 1.700 | H | 100.0000 | 170.00 |
| 1610 | Project Coordinator Support | 2.300 | H | 125.0000 | 287.50 |
| 1670 | Project Manager Support | 2.600 | H | 150.0000 | 390.00 |

| | | |
|---|---|---|
| **Net Amount** | | 1,258.16 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 1,267.98 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 503-350-5800
Dallas, TX 75267-4652                 or ecabilling@epiqglobal.com

Electronic Payments:
Bank:                 PNC Bank, N.A.
Wire Routing:     043000096
ACH Routing:     031207607
Acct No:            8026542445
SWIFT:              PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90806289 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Date: 11/01/2023 - 11/30/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 520 | Sort Mail | 2 | EA | 0.4500 | 0.90 |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Distribution Services** | | | | |
| 1290 | Check reissues | 2 | EA | 1.9500 | 3.90 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 1.600 | H | 100.0000 | 160.00 |
| 1610 | Project Coordinator Support | 3.300 | H | 125.0000 | 412.50 |
| 1670 | Project Manager Support | 5 | H | 150.0000 | 750.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90806289 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Date: 11/01/2023 - 11/30/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 1,737.96 |
| | **Sales Tax** | | | | 10.25 |
| | **Total Amount Due** | | | | 1,748.21 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 503-350-5800
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:      043000096
ACH Routing:       031207607
Acct No:           8026542445
SWIFT:             PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

| Information | | | |
|---|---|---|---|
| Invoice No. | 90815466 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**
Billing Date: 12/01/2023 - 12/31/2023

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.300 | H | 100.0000 | 30.00 |
| 1610 | Project Coordinator Support | 1.300 | H | 125.0000 | 162.50 |
| 1650 | Technical Support | 0.300 | H | 125.0000 | 37.50 |
| | **Project Expenses** | | | | |
| 1920 | PO BOX Renewal | 1,780 | DLR | 1.0000 | 1,780.00 |
| | **Net Amount** | | | | 2,420.66 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90815466 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

| Comments |
|---|
| Billing Date: 12/01/2023 - 12/31/2023 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 9.82 |
| | **Total Amount Due** | | | | 2,430.48 |

-----------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90824820 | Invoice Date | 01/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

Epiq has increased prices effective January 1st, 2024. You will notice the increase on this month's invoice.

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Notice Dissemination** | | | | |
| 170 | Undeliverable mail handling | 1 | EA | 0.2500 | 0.25 |
| | **Imaging/Document Management/Storage** | | | | |
| 520 | Sort Mail | 1 | EA | 0.4500 | 0.45 |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.500 | H | 110.0000 | 55.00 |
| 1600 | Disbursement Support | 0.200 | H | 110.0000 | 22.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |



CONFIDENTIAL





# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90824820 | Invoice Date | 01/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

Epiq has increased prices effective January 1st, 2024. You will notice the increase on this month's invoice.

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1670 | Project Manager Support | 0.800 | H | 160.0000 | 128.00 |

-------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 643.36 |
| **Sales Tax** | | 9.88 |
| **Total Amount Due** | | 653.24 |

-------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:             PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90834295 | Invoice Date | 02/29/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**
Billing Period: 02/01/2024 - 02/29/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.500 | H | 110.0000 | 55.00 |
| 1670 | Project Manager Support | 1.300 | H | 160.0000 | 208.00 |

| | | |
|---|---|---|
| **Net Amount** | | 673.66 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 683.48 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:             PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

| Information | | | |
|---|---|---|---|
| Invoice No. | 90843716 | Invoice Date | 03/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**
Billing Period: 03/01/2024 - 03/31/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1590 | Senior Claims Analyst Support | 0.400 | H | 90.0000 | 36.00 |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |
| 1610 | Project Coordinator Support | 2.100 | H | 135.0000 | 283.50 |
| 1670 | Project Manager Support | 1.600 | H | 160.0000 | 256.00 |

| | | |
|---|---|---|
| **Net Amount** | | 1,019.16 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 1,028.98 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq                                                        Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652              or ecabilling@epiqglobal.com

Electronic Payments:
Bank:                  PNC Bank, N.A.
Wire Routing:      043000096
ACH Routing:      031207607
Acct No:             8026542445
SWIFT:               PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90852607 | Invoice Date | 04/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Distribution Services** | | | | |
| 1400 | Prepare and file Tax Returns | 1 | EA | 2,500.0000 | 2,500.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.100 | H | 110.0000 | 11.00 |
| 1600 | Disbursement Support | 0.600 | H | 110.0000 | 66.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |
| 1670 | Project Manager Support | 1.500 | H | 160.0000 | 240.00 |



CONFIDENTIAL



# Invoice

| Information | | | |
|---|---|---|---|
| Invoice No. | 90852607 | Invoice Date | 04/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Comments |
|---|
| Billing Period: 04/01/2024 - 04/30/2024 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 3,254.66 |
| | **Sales Tax** | | | | 9.82 |
| | **Total Amount Due** | | | | 3,264.48 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

| Epiq | Tax ID: 93-1210932 |
|---|---|
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:   043000096
ACH Routing:   031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90862120 | Invoice Date | 05/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 05/01/2024 - 05/31/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 1.480 | EA | 0.3900 | 0.58 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.500 | H | 110.0000 | 55.00 |
| 1610 | Project Coordinator Support | 4.200 | H | 135.0000 | 567.00 |
| 1650 | Technical Support | 2.500 | H | 135.0000 | 337.50 |

| | | |
|---|---|---|
| **Net Amount** | | 1,370.74 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 1,380.56 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY 10119-2900

| **Information** | |
|---|---|
| Invoice No. | 90871530 |  Invoice Date | 06/30/2024 |
| Purchase Order No. | |
| Customer No. | 3000890 |
| Currency | USD |
| Contract No. | 40056724 |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | TFG |

**Comments**
Billing Period: 06/01/2024 - 06/30/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Distribution Services** | | | | |
| 1280 | Printing of checks | 2 | EA | 0.7900 | 1.58 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.600 | H | 110.0000 | 66.00 |
| 1600 | Disbursement Support | 2.200 | H | 110.0000 | 242.00 |
| 1610 | Project Coordinator Support | 9 | H | 135.0000 | 1,215.00 |
| 1670 | Project Manager Support | 11.500 | H | 160.0000 | 1,840.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90871530 | Invoice Date | 06/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

| Comments |
|---|
| Billing Period: 06/01/2024 - 06/30/2024 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Project Expenses** | | | | |
| 1910 | Postage | 1.340 | DLR | 1.0000 | 1.34 |

| | | |
|---|---|---|
| **Net Amount** | | 3,776.58 |
| **Sales Tax** | | 9.96 |
| **Total Amount Due** | | 3,786.54 |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                           Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:      043000096
ACH Routing:       031207607
Acct No:           8026542445
SWIFT:             PNCCUS33

**Bill-To**
ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90881141 | Invoice Date | 07/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**
Billing Period: 07/01/2024 - 07/31/2024

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1490 | Customer Service/Live Operator | 18 | MIN | 1.0000 | 18.00 |
| 1550 | Senior Claims Specialist | 0.300 | H | 110.0000 | 33.00 |
| 1670 | Project Manager Support | 1.800 | H | 160.0000 | 288.00 |

| | | |
|---|---|---|
| **Net Amount** | | 749.66 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 759.48 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:   043000096
ACH Routing:    031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

| **Bill-To** |
|---|
| ABRAHAM FRUTCHER & TWERSKY |
| Lawrence D. Levit, Esq. |
| One Penn Plaza Suite 2805 |
| New York NY  10119-2900 |

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90890495 | Invoice Date | 08/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

| **Comments** |
|---|
| Billing Period: 08/01/2024 - 08/31/2024 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,832 | EA | 0.0020 | 83.66 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1490 | Customer Service/Live Operator | 24 | MIN | 1.0000 | 24.00 |
| 1550 | Senior Claims Specialist | 0.100 | H | 110.0000 | 11.00 |
| 1610 | Project Coordinator Support | 0.800 | H | 135.0000 | 108.00 |
| 1670 | Project Manager Support | 1.800 | H | 160.0000 | 288.00 |

| | | |
|---|---|---|
| **Net Amount** | | 841.66 |
| **Sales Tax** | | 9.82 |
| **Total Amount Due** | | 851.48 |



CONFIDENTIAL

**In re TerraForm Global, Inc. Securities Litigation**
**ESTIMATE OF FEES AND EXPENSES FOR SECOND DISTRIBUTION**

**I.**  Distribution- Fees

| | |
|---|---:|
| Print Checks-  150  @ $0.79 each | $118.50 |
| Wire Payments - Per wire 25 @ $25.00 each | $625.00 |
| Project Management/QA/Systems Support/Banking | $9,000.00 |
| *Subtotal of Distribution Fees* | $9,743.50 |

Distribution- Expenses

| | |
|---|---:|
| Postage x $0.56/each | $84.00 |
| *Subtotal of Distribution Expenses* | $84.00 |
| *Subtotal of Distribution Fees & Expenses* | **$9,827.50** |

**II.**  Post-Distribution- Fees (Assumes 6 months)

| | |
|---|---:|
| Reissue Checks- 20 @ $1.95 each | $39.00 |
| In-bound Claimant Correspondence | |
| ~IVR Minutes- 1,000 minutes @ $0.39 per minute | $390.00 |
| ~CSR/Live Operator Minutes- 500 Minutes @ $0.95 per minute | $475.00 |
| ~Monthly Maintenance Charge ($100 per month) for 6 months | $600.00 |
| ~Handling of class member communications | $4,500.00 |
| Website Monthly Maintenance Charge ($200 per month) for 6 months | $1,200.00 |
| Project Management/QA/Systems Support/Banking | $7,500.00 |
| *Subtotal of Post-Distribution Fees* | $14,704.00 |

Post-Distribution- Expenses

| | |
|---|---:|
| Postage @ $0.56 each | $11.20 |
| FedEx, Copies, Line Charges | $100.00 |
| *Subtotal of Post-Distribution Expenses* | $111.20 |
| *Subtotal of Post-Distribution Fees & Expenses* | **$14,815.20** |

**III.**  Ancillary Services- Fees

| | |
|---|---:|
| Prepare and file tax return [2024] | $2,500.00 |
| Paper Storage- 18 boxes @ $1.50 per box per month for 6 months | $162.00 |
| Electronic Storage- 41,832@ $0.002 per image/record per month for 6 months | $501.98 |
| *Subtotal of Ancillary Fees* | $3,163.98 |

Ancillary Services- Expenses

| | |
|---|---:|
| P.O. Box Renewal | $1,390.00 |
| Disposal of files | $103.50 |
| *Subtotal of Ancillary Expenses* | $1,493.50 |
| *Subtotal of Ancillary Fees & Expenses* | **$4,657.48** |

| | |
|---|---:|
| **GRAND TOTAL FEES AND EXPENSES:** | **$29,300.18** |