# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE SUNEDISON, INC.**<br>**SECURITIES LITIGATION**<br><br>This Document Applies to:<br><br>*In re TerraForm Global, Inc. Securities*<br>*Litigation,*<br>**No. 1:16-cv-07967-PKC, and consolidated cases** | **No. 1:16-md-02742-PKC**<br><br>**DECLARATION OF JORDAN BROKER**<br>**IN SUPPORT OF DISTRIBUTING**<br>**THE REMAINDER OF THE NET**<br>**SETTLEMENT FUND** |

I, Jordan Broker, declare:

1. I am a Project Manager at the claims administration firm, Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I am over 21 years of age and am not a party to the above-captioned action (the "Action").[1] I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Epiq.

2. The purpose of this declaration is to provide the Parties and the Court with an updated summary of the work performed by Epiq in compliance with the Order Authorizing Second Distribution of the Net Settlement Fund (the "Second Distribution Order") (ECF No. 767) and, respectfully, to request that the Court approves the payment of Epiq's outstanding invoices for fees and costs incurred that have not been paid and, thereafter, to have the remaining funds in the Net Settlement Fund be donated to Citymeals-on-Wheels, the Legal Aid Society of New York

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings as set forth in the Stipulation and Agreement of Settlement (the "Stipulation") filed with the Court (ECF No. 265), as modified by the Settlement Modification Agreement dated September 19, 2019 (ECF No. 659-1), or as set forth in the Settlement Modification Agreement, or in the Notice of Pendency and Proposed Settlement of Class Action (ECF No. 315-1, Exhibit A). References to "ECF No." are to the docket for *In re:SunEdison, Inc. Sec. Litig.*, No. 1:16-md-02742 (PKC) (S.D.N.Y.).

City, and St. John's University School of Law's Securities Arbitration Clinic, as previously approved by the Court in its initial distribution order. *See* ECF No. 751 at 4 (the "Distribution Order"). Should the Court approve these requests, there will be no funds remaining in the Net Settlement Fund and Epiq will close that account.

**UPDATED STATUS OF SECOND DISTRIBUTION OF SETTLEMENT BENEFITS**

3.      On November 22, 2024, pursuant to the Second Distribution Order, Epiq conducted a redistribution of the Net Settlement Fund to all Authorized Claimants whose Proofs of Claim had been accepted as valid by Epiq and approved by the Court, and who had cashed their distribution checks. Authorized Claimants were to receive a portion of the Net Settlement Fund in the second distribution (the "Second Distribution") if the amount they were to receive was at least $20.00 from such redistribution, which was to be distributed in the same manner consistent with the Plan of Allocation; if the amount an Authorized Claimant was to receive in the Second Distribution was less than $20.00, then that claim was removed from the distribution calculation and those funds were reallocated to claims with a payment amount of at least $20.00.

4.      The Second Distribution of the Net Settlement Fund was sent to 256 eligible Authorized Claimants. The Net Settlement Fund amount distributed to those 256 claims was $170,562.87. As of the date of this Declaration, 20 awards sent by check have not been cashed for a total of $3,616.19.

5.      Beginning in January 2025, Epiq initiated an outreach campaign through email and phone to attempt to contact the Authorized Claimants in the Second Distribution whose checks had not yet been cashed. Checks returned without a forwarding address were subject to address verification searches in an attempt to locate updated address information. Checks were reissued in accordance with the updated information received or if they were lost, never received, or became stale. After sending reissued checks, Epiq attempted to contact those Authorized Claimants whose Second Distribution check was uncashed and encourage them to cash their payments. Those uncashed checks are now beyond the date they can be cashed and none of the recipients has contacted Epiq to request that a check be reissued. Epiq has exhausted all reasonable efforts to

1

contact these Authorized Claimants whose Second Distribution checks remained uncashed in an attempt to have them cash their checks. As of the date of this declaration, the remaining balance in the Net Settlement Fund is $17,796.38. In addition to the uncashed checks, this amount includes returned wire payments that were either unwanted or were for clients of brokerage accounts who had closed their accounts and could not be located after reasonable efforts.

## EPIQ'S OUTSTANDING INVOICES

6.     Epiq has incurred fees and expenses in connection with administering the Net Settlement Fund and the Second Distribution for which it has not been paid in the total amount of $8,065.99. These fees and expenses were primarily for monitoring returned checks, whether undeliverable or otherwise, processing and responding to inquiries received from claimants through correspondence, and processing requests for the reissuance of checks. Copies of monthly invoices showing these fees and expenses are attached hereto as Exhibit 1.

7.     Epiq respectfully requests that the Court approve the payment to Epiq of $8,065.99 from the Net Settlement Fund for these fees and expenses.

## REMAINING FUNDS

8.     Pursuant to Section 7.7 of the Stipulation and the Distribution Order at 4, if there is any balance remaining in the Net Settlement Fund after six (6 months) from the date of distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise) Lead Counsel shall, if feasible, redistribute such balance among Authorized Claimants. Thereafter, any balance which remains in the Net Settlement Fund shall be donated among the following organizations: Citymeals-on-Wheels, the Legal Aid Society of New York City, and St. John's University School of Law's Securities Arbitration Clinic. ECF No. 751 at 4.

9.     Epiq has determined that given the cost to redistribute the remaining funds in the Net Settlement Fund, a redistribution of those funds to Authorized Claimants would not be cost-effective or economically feasible.

10.     If the Court approves the request to donate the funds remaining in the Net Settlement Fund among Citymeals-on-Wheels, the Legal Aid Society of New York City, and St.

2

John's University School of Law's Securities Arbitration Clinic, there will be no funds remaining in the Settlement Fund. Accordingly, Epiq will close the Settlement Fund account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of June 2026.

_____

Jordan Broker

3

# Exhibit 1



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:    043000096
ACH Routing:     031207607
Acct No:         8026542445
SWIFT:           PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90963494 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 04/01/2025 - 04/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 520 | Sort Mail | 1 | EA | 0.4500 | 0.45 |
| 580 | Scan Mail (per img.) | 3 | EA | 0.1200 | 0.36 |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1540 | Claims Analyst Support | 0.100 | H | 85.0000 | 8.50 |
| 1550 | Senior Claims Specialist | 0.500 | H | 110.0000 | 55.00 |
| 1600 | Disbursement Support | 3.900 | H | 110.0000 | 429.00 |
| 1610 | Project Coordinator Support | 3.500 | H | 135.0000 | 472.50 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90963494 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

**Comments**

Billing Period: 04/01/2025 - 04/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1670 | Project Manager Support | 1.800 | H | 160.0000 | 288.00 |
| | **Project Expenses** | | | | |
| 1910 | Postage | 4.380 | DLR | 1.0000 | 4.38 |

| | |
|---|---|
| **Net Amount** | 1,668.86 |
| **Sales Tax** | 9.90 |
| **Total Amount Due** | 1,678.76 |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                        Billing questions: call 913-391-5001
Dallas, TX 75267-4652             or ecabilling@epiqglobal.com

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:   043000096
ACH Routing:   031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

ABRAHAM FRUTCHER & TWERSKY
Lawrence D. Levit, Esq.
One Penn Plaza Suite 2805
New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90979673 | Invoice Date | 05/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 05/01/2025 - 05/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.100 | H | 110.0000 | 11.00 |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |

|  |  |
|---|---|
| **Net Amount** | 481.67 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 491.50 |



CONFIDENTIAL

# Invoice

Page 1 of 1

**Epiq Systems**
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq                                           Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                     Billing questions: call 913-391-5001
Dallas, TX 75267-4652          or ecabilling@epiqglobal.com

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90986191 | Invoice Date | 06/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 06/01/2025 - 06/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.800 | H | 110.0000 | 88.00 |
| 1610 | Project Coordinator Support | 0.100 | H | 135.0000 | 13.50 |
| 1670 | Project Manager Support | 0.500 | H | 160.0000 | 80.00 |

| | |
|---|---|
| **Net Amount** | 592.17 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 602.00 |



CONFIDENTIAL

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                        Billing questions: call 913-391-5001
Dallas, TX 75267-4652              or ecabilling@epiqglobal.com

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90992649 | Invoice Date | 07/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 07/01/2025 - 07/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 14.820 | EA | 0.3900 | 5.78 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1490 | Customer Service/Live Operator | 12 | MIN | 1.0000 | 12.00 |

-----------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 428.45 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 438.28 |

-----------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

| | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 91079343 | Invoice Date | 08/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 08/01/2025 - 08/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |

| | |
|---|---|
| **Net Amount** | 443.67 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 453.50 |



CONFIDENTIAL

# Invoice

Page 1 of 1

**Epiq Systems**
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                       Billing questions: call 913-391-5001
Dallas, TX 75267-4652            or ecabilling@epiqglobal.com

Electronic Payments:

| Bank: | PNC BANK, N.A. |
|---|---|
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| Invoice No. | 91089508 | Invoice Date | 09/30/2025 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 09/01/2025 - 09/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.100 | H | 110.0000 | 11.00 |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |

---

| | | |
|---|---|---|
| **Net Amount** | | 454.67 |
| **Sales Tax** | | 9.83 |
| **Total Amount Due** | | 464.50 |

---



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 91098933 | Invoice Date | 10/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 10/01/2025 - 10/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 1.430 | EA | 0.3900 | 0.56 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |

| | |
|---|---|
| **Net Amount** | 471.23 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 481.06 |



CONFIDENTIAL

# epiQ

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91098933 | Invoice Date | 10/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

**Comments**

Billing Period: 10/01/2025 - 10/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**
Epiq                                     Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                     Billing questions: call 913-391-5001
Dallas, TX 75267-4652           or ecabilling@epiqglobal.com

Electronic Payments:

| Bank: | PNC BANK, N.A. |
|---|---|
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| Invoice No. | 91107854 | Invoice Date | 11/30/2025 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 11/01/2025 - 11/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 8.880 | EA | 0.3900 | 3.46 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |

| | | |
|---|---|---|
| **Net Amount** | | 474.13 |
| **Sales Tax** | | 9.83 |
| **Total Amount Due** | | 483.96 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | | |
|---|---|---|---|---|
| Invoice No. | 91107854 | Invoice Date | 11/30/2025 | |
| Purchase Order No. | | | | |
| Customer No. | 3000890 | | | |

**Comments**

Billing Period: 11/01/2025 - 11/30/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|



CONFIDENTIAL

# Invoice

Page 1 of 2

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

**Epiq Systems**
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR 97005

Electronic Payments:

| Bank: | PNC BANK, N.A. |
|---|---|
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY 10119-2900

**Information**

| Invoice No. | 91113767 | Invoice Date | 12/31/2025 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 12/01/2025 - 12/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 5.900 | EA | 0.3900 | 2.30 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1550 | Senior Claims Specialist | 0.100 | H | 110.0000 | 11.00 |
| 1600 | Disbursement Support | 1.100 | H | 110.0000 | 121.00 |
| 1610 | Project Coordinator Support | 2 | H | 135.0000 | 270.00 |
| 1650 | Technical Support | 0.500 | H | 135.0000 | 67.50 |



CONFIDENTIAL

# epiQ

**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91113767 | Invoice Date | 12/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

**Comments**

Billing Period: 12/01/2025 - 12/31/2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 882.47 |
| | **Sales Tax** | | | | 9.83 |
| | **Total Amount Due** | | | | 892.30 |

-----------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# epiq

## Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq                                               Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                            Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:

| Bank: | PNC BANK, N.A. |
|---|---|
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Information**

| Invoice No. | 91123570 | Invoice Date | 01/31/2026 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 01/01/2026- 01/31/2026

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 14.830 | EA | 0.3900 | 5.78 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |
| 1610 | Project Coordinator Support | 3.200 | H | 135.0000 | 432.00 |
| 1670 | Project Manager Support | 1.300 | H | 160.0000 | 208.00 |

-----------------------------------------------------------------------------------------------------------------------

**Net Amount**                                                                                      1,089.45



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91123570 | Invoice Date | 01/31/2026 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

**Comments**

Billing Period: 01/01/2026- 01/31/2026

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 9.83 |
| | **Total Amount Due** | | | | 1,099.28 |

-------------------------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                or ecabilling@epiqglobal.com

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 91137197 | Invoice Date | 02/28/2026 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 02/01/2026 - 02/28/2026

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 19.267 | EA | 0.3900 | 7.51 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.300 | H | 110.0000 | 33.00 |

--------------------------------------------------------------------------------------------------------------------------

| | |
|---|---:|
| **Net Amount** | 451.18 |
| **Sales Tax** | 9.83 |
| **Total Amount Due** | 461.01 |

--------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill to**

ABRAHAM FRUTCHER & TWERSKY

Lawrence D. Levit, Esq.

One Penn Plaza Suite 2805

New York NY  10119-2900

**Remit to**

Epiq                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                    Billing questions: call 913-391-5001
Dallas, TX 75267-4652          or ecabilling@epiqglobal.com

Electronic Payments:

| | |
|---|---|
| Bank: | PNC BANK, N.A. |
| Wire Routing: | 043000096 |
| ACH Routing: | 031207607 |
| Acct No: | 8026542445 |
| SWIFT/BIC: | PNCCUS33 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 91146746 | Invoice Date | 03/31/2026 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |
| Currency | USD | | |
| Contract No. | 40056724 | | |
| Contract Description | TFG TerraForm Global Inc Sec Litgtn | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TFG | | |

**Comments**

Billing Period: 03/01/2026 - 03/31/2026

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Imaging/Document Management/Storage** | | | | |
| 600 | Storage-Paper per box/per month | 18 | EA | 1.5000 | 27.00 |
| 610 | Storage-Electronic per img./rec. per mth | 41,835 | EA | 0.0020 | 83.67 |
| | **Contact Services** | | | | |
| 1090 | IVR (per minute) | 16.267 | EA | 0.3900 | 6.34 |
| 1100 | Monthly maintenance charge | 1 | EA | 100.0000 | 100.00 |
| | **Website Services** | | | | |
| 1170 | Monthly maintenance charge | 1 | EA | 200.0000 | 200.00 |
| | **Hourly Services/Support** | | | | |
| 1600 | Disbursement Support | 0.600 | H | 110.0000 | 66.00 |
| 1610 | Project Coordinator Support | 0.200 | H | 135.0000 | 27.00 |

--------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 510.01 |
| **Sales Tax** | | 9.83 |
| **Total Amount Due** | | 519.84 |



CONFIDENTIAL



# Invoice

Epiq Systems
Class Action & Claims Solution
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91146746 | Invoice Date | 03/31/2026 |
| Purchase Order No. | | | |
| Customer No. | 3000890 | | |

| Comments |
|---|
| Billing Period: 03/01/2026 - 03/31/2026 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| --------------------------------------------------------------------------------------------------------------------------------------- | | | | | |



CONFIDENTIAL